PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED
AUG 30 2005
CLERK, U.S. DISTRICT
DISTRICT OF COLUMBIA

FILED
JAMES BONINI
CLERK
2005 SEP 19 P 2:41
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

DOCKET NUMBER (Tran. Court)
CR-2-03-192

DOCKET NUMBER (Rec. Court)
05-PT-331-TFH

| | |
|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Ikenna S Mvers | DISTRICT: Southern District of Ohio |
| | NAME OF SENTENCING JUDGE: The Honorable George C. Smith, United States District Judge |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM June 23, 2004 TO June 22, 2007 |

OFFENSE
Transporting a Counterfeit Security

FILED
SEP 23 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JAN 20 2005
U.S. PROBATION OFFICE
COLUMBUS, OHIO

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Columbia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/19/05
Date

George C. Smith
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Columbia

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Aug. 29, 2005
Effective Date

Thomas F. Hogan
United States District Judge

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN MY OFFICE ON 9/19/05
JAMES BONINI, CLERK
BY: [signature]
Deputy Clerk
DATE: 9/20/05



RECEIVED
SEP 2 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT