PROB 12A-DC
(Rev. 12/82)

**UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA**

FILED

OCT 2 - 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

U.S.A. vs. **Myers, Ikenna S.**                                    Docket No.: **CR 05-PT-331**

**REQUEST FOR COURSE OF ACTION**
(Statement of Alleged Violations of Probation)

COMES NOW **Steven D. Bolton**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ikenna S. Myers**, who was placed on probation by the Honorable **George C. Smith**, United States District Judge, sitting in the Court in the Southern District of Ohio, on the **23rd** day of **June, 2004,** who fixed the period of probation at **three** years, and imposed the general terms and conditions of probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. Pay a $100 special assessment;

2. Pay restitution in the amount of $38,894.74, at the rate of $50 per month;

3. Participate in drug testing and treatment;

4. Participate in mental health treatment; and

5. Perform 100 hours of community service.

On June 23, 2004, Mr. Myers appeared in the United States District Court for the Southern District of Ohio and pled guilty to Transporting a Counterfeit Security, 18 U.S.C. 2314. He was sentenced to three years probation. Probation supervision commenced on June 23, 2004, and is due to expire on June 22, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

<u>Statement of Alleged Violations of Probation</u>

1. Mr. Myers was unsatisfactorily discharged from urinalysis testing at Next Step for non-attendance on June 30, 2006. (Special Condition)

2. Mr. Myers failed to participate in mental health and drug treatment as instructed. (Special Condition)



Myers, Ikenna S.
Docket No.: CR 05-PT-331
Page 2

**PRAYING THE COURT WILL ORDER** a hearing on violation of probation with voluntary appearance of **Ikenna S. Myers** before ~~the Court~~ a magistrate Judge on a date to be set by the Judge 10/11/06 at 11:00AM Mag. Judge Robinson courtroom #4 TFH 9/8/06

Respectfully submitted,

*Steven D. Bolton*
Steven D. Bolton
United States Probation Officer
(202) 565-1320

Approved By: _____
Shawn A. Suber, Supervising
United States Probation Officer

**ORDER OF COURT**

Considered and ordered this  8  day of  September , 2006 .

_____
Thomas F. Hogan
Chief Judge
United States District Court

**Notice of Delivery To Parties:**

Tasheeka Hawkins
U.S. Attorney's Office

Federal Public Defender's Office