## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-PT-331 (DAR)** |
| | : | |
| **v.** | : | |
| | : | |
| **IKENNA MYERS,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

     The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jean Sexton, at telephone number (202) 305-1419 and/or email address Jean.sexton@usdoj.gov . Jean Sexton will substitute for Assistant United States Attorney Aaron Mendelsohn as counsel for the United States.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR
                                        United States Attorney

                                        _____
                                        JEAN SEXTON
                                        Assistant United States Attorney
                                        Federal Major Crimes Section,
                                        555 4th Street, NW, Room 4235
                                        Washington, DC 20530
                                        (202) 305-1419
                                        Jean.Sexton@usdoj.gov